UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHOSHANA MINZER, | : |
| Plaintiff, | : Case No. 20-cv-02910-LAP |
| v. | : **NOTICE OF VOLUNTARY DISMISSAL** |
| LEGG MASON INC., ROBERT E. ANGELICA, CAROL ANTHONY DAVIDSON, EDWARD P. GARDEN, MICHELLE J. GOLDBERG, STEPHEN C. HOOLEY, JOHN V. MURPHY, NELSON PELTZ, ALISON A. QUIRK, and JOSEPH A. SULLIVAN, | : |
| Defendants. | : |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shoshana Minzer ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  June 22, 2020                     **WEISSLAW LLP**

By _____
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*